# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON BRADFORD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RANDY DAVIS, et al.,<br><br>　　　　Defendants. | )　1:12cv01712 AWI DLB<br>)<br>)<br>)　ORDER DIRECTING PLAINTIFF TO<br>)　SUBMIT SERVICE DOCUMENTS WITHIN<br>)　THIRTY DAYS<br>)<br>)<br>) |

　　　　Plaintiff Devon Bradford ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action on August 20, 2012.  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915 and finds that it states a cognizable claim for relief under 42 U.S.C. § 1983.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following Defendants:

　　　　　　Randy Davis
　　　　　　John Corrico
　　　　　　Doug Ridenour
　　　　　　Jacob Weiser
　　　　　　Paul MacDonald

1

       2.       The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed on August 20, 2012.

       3.       Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

          a.       One completed summons;

          b.       One completed USM-285 form for each Defendant; and

          c.       Six (6) copies of the complaint filed on August 20, 2012.

       4.       Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

       5.       <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **October 18, 2012**                   /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE