# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON BRADFORD,<br><br>             Plaintiff,<br><br>        vs.<br><br>RANDY DAVIS, et al.,<br><br>             Defendants. | )  1:12cv01712 AWI DLB<br>)<br>)<br>)  ORDER DIRECTING PLAINTIFF TO<br>)  SUBMIT SERVICE DOCUMENTS WITHIN<br>)  THIRTY DAYS<br>)<br>)<br>) |

Plaintiff Devon Bradford, proceeding pro se and in forma pauperis, filed this action on August 20, 2012. On October 19, 2012, the Court issued summons and instructions for completing and returning service documents to allow service by the United States Marshal. The Court also ordered Plaintiff to return the service documents within thirty (30) days. More than thirty (30) days have passed and Plaintiff has not returned the service documents or otherwise communicated with the Court. As there has been no service, Defendants have not appeared in the action.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to properly serve the complaint. Plaintiff may comply with this order by returning the service documents pursuant to the instructions issued on October 19, 2012. Accordingly, Plaintiff SHALL file a response, or return the service documents, **within**

**thirty (30) days of the date of service of this order**. <u>Failure to do so will result in a recommendation that this action be dismissed for failure to follow the Court's orders.</u>

IT IS SO ORDERED.

Dated:    **December 7, 2012**                       /s/ Dennis L. Beck
                                                         UNITED STATES MAGISTRATE JUDGE