1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON BRADFORD, | CASE NO. 1:12-cv-01712-AWI-SAB |
| Plaintiff, | ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL |
| v. | |
| RANDY DAVIS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Devon Bradford ("Plaintiff") is proceeding pro se and in forma pauperis in this action filed on August 20, 2012.  On October 19, 2012, the Court screened Plaintiff's complaint and found that it stated a cognizable claim for relief under 42 U.S.C. § 1983.  (ECF No. 9.)  Plaintiff was ordered to submit documents necessary to direct the United States Marshal to serve Plaintiff's complaint.  Plaintiff submitted the necessary documents on January 3, 2013.

Accordingly, it is HEREBY ORDERED that:

1.     The Clerk is directed to forward the submitted service documents to the U.S. Marshal; and

2.     The U.S. Marshal is directed to serve the complaint upon the defendants.

IT IS SO ORDERED.

**Dated:**   **January 16, 2013**                    **/s/ Stanley A. Boone**
                                                        UNITED STATES MAGISTRATE JUDGE

1