# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON BRADFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>RANDY DAVIS, et al.,<br><br>    Defendants. | Case No.  1:12-cv-01712-AWI-SAB<br><br>ORDER TO SHOW CAUSE WHY DEFENDANT DOUG RIDENOUR HAS NOT FILED AN ANSWER TO PLAINTIFF'S COMPLAINT<br><br>RESPONSE DUE WITHIN FOURTEEN (14) DAYS |

Plaintiff Devon Bradford ("Plaintiff") is proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983 against Defendants Randy Davis, John Corrico, Doug Ridenour, Jacob Weiser and Paul MacDonald ("Defendants").

The Court reviewed the record in this case and noted that there is no answer on record for Defendant Doug Ridenour.  The answer filed on March 26, 2013 was filed on behalf of Defendants Randy Davis, John Corrico, Jacob Keiser and Paul MacDonald.  (ECF No. 16.)  However, a waiver of service was returned executed by James F. Wilson, Esq. on behalf of Doug Ridenour on February 23, 2013.  (ECF No. 15.)  Mr. Wilson is the attorney of record for Defendants Davis, Corrico, Keiser and MacDonald.  It is unclear why Mr. Wilson filed an answer on behalf of Defendants Davis, Corrico, Keiser and MacDonald, but not on behalf of Defendant Ridenour.

/ / /

1

Since there is no answer on file for Defendant Ridenour, he is susceptible to entry of default and default judgment pursuant to Federal Rule of Civil Procedure 55. However, the Court notes that Defendant Ridenour's failure to answer may be a typographical error and his name was inadvertently omitted from the answer on file. To avoid needless delay and costs associated with entering and vacating default, the Court will order Defendants to show cause why Defendant Ridenour has not filed an answer to the complaint. To the extent that Defendant Ridenour's name was inadvertently omitted from the answer on file, Defendants are ordered to file an amended answer within fourteen (14) days. If Defendant Ridenour was deliberately left off the answer on file, Defendants shall so inform the Court within fourteen (14) days.

In accordance with the foregoing, it is HEREBY ORDERED that Defendants shall SHOW CAUSE why Defendant Ridenour has not filed an answer to the complaint within fourteen (14) days.

IT IS SO ORDERED.

Dated: **July 26, 2013**

UNITED STATES MAGISTRATE JUDGE