# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVON BRADFORD, | Case No. 1:12-cv-01712-AWI-SAB |
| Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | ECF NO. 26 |
| RANDY DAVIS, et al., | |
| Defendants. | |

On July 26, 2013, the Court ordered Defendants Randy Davis, John Corrico, Jacob Keiser, Paul MacDonald and Doug Ridenour ("Defendants") to show cause why Defendant Ridenour had not yet filed an answer to Plaintiff Devon Bradford's ("Plaintiff") complaint. (ECF No. 26.) On July 29, 2013, Defendants responded to the Court's order to show cause. (ECF Nos. 27-30.) Defendants informed the Court that Defendant Ridenour's name was inadvertently left off the answer on file with the Court and Defendants filed an amended answer correcting the defect.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Good cause having been demonstrated, it is HEREBY ORDERED that the July 26, 2013 order to show cause is DISCHARGED.

IT IS SO ORDERED.

Dated: **August 1, 2013**

UNITED STATES MAGISTRATE JUDGE